**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00546-CR
### No. 05-13-00547-CR

**EDGAR ALBERTO ROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-82866-2012, 199-81976-2011**

## ORDER

The Court **GRANTS** appellant's February 19, 2014 motion to extend time to file his

brief. We **ORDER** appellant's brief filed as of the date of this order.

/s/  DAVID EVANS
    JUSTICE